UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUCIO B. RIVERA-AVILA,

Petitioner,

v.

SHAWN HATTON, Warden,

Respondent.

Case No. 16-cv-05879-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Denying the Petition for a Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: February 9, 2018

YVONNE GONZALEZ ROGERS
United States District Judge